BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.7thcoa.courts.state.tx.us

PEGGY CULP
CLERK

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

November 30, 2012

David M. Crook
CROOK & JORDAN
6014 Oxford Ave
Lubbock, TX 79413

Kollin Shadle
Assistant Criminal District Attorney
P. O. Box 10536
Lubbock, TX 79408-3536

Dear Counsel:

The Court this day disposed of Cause No. 07-12-0238-CR, styled JASMINE N. FRANCIS V. THE STATE OF TEXAS. Enclosed are copies of the Court's judgment, mandate and opinion. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

PEGGY CULP, CLERK

By:_____

xc:     Honorable John J. "Trey" McClendon
        Honorable Andrew J. Kupper
        Becky Cleveland
        Breann M. Hays
        Lexis/Nexis
        Wolters Kluwer Law & Business
        State Bar of Texas
        West Publishing
        Lisa Carol McMinn